BROWN v. FULFORD

No. 130P83.

Case below: 60 N.C. App. 499.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983.

BUCK v. PROCTOR & GAMBLE

No. 85P83.

Case below: 58 N.C. App. 804.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 31 May 1983.

COLLIER COBB & ASSOC. v. LEAK

No. 220P83.

Case below: 61 N.C. App. 249.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 31 May 1983.

DUKE POWER v. JOWDY d/b/a IGA STORES

No. 144P83.

Case below: 61 N.C. App. 168.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983.

GLENN v. GLENN

No. 197P83.

Case below: 61 N.C. App. 567.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983.